UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION



UNITED STATES OF AMERICA

v.

Asia M. Lewis

Crim. No. 1:12CR00129-3

On May 30, 2014, the above named was placed on supervised release for a period of three years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Christopher A. Doughtie, Sr.
Supervisory United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 13th day of July, 2016.

J. Randal Hall
United States District Judge